IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT FRED BAKER,                                          CV. 06-744-HU

        Petitioner,                                              ORDER

  v.

GUY HALL,

        Respondent.

HAGGERTY, Judge

    Petitioner's motion for voluntary dismissal (#29) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this __28__ day of July, 2007.

                               __/s/ Ancer L. Haggerty

                                  Ancer L. Haggerty

                                United States District Judge